**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                           Case No. 3:16-cr-34-J-32JRK

CARLA WILEY

_____

**ORDER SETTING SENTENCING HEARING**

The Court having previously adjudicated defendant Carla Wiley guilty of Count One of the Information (see Doc. 15), defendant Carla Wiley's **SENTENCING HEARING** is hereby **SET** for **WEDNESDAY, NOVEMBER 15, 2017** beginning at **10:00 a.m.** in the United States Courthouse, Courtroom 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.[1]

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, THOSE MATERIALS MUST BE SUBMITTED NO LATER THAN **WEDNESDAY, NOVEMBER 8, 2017**.

All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices

---

[1] Defendant Elias Simmons' sentencing hearing is also set for November 15, 2017 at 10:00 a.m. See United States v. Elias Simmons, Case No. 3:16-cr-93-J-32JRK. The Court intends to hear one and then the other. The parties should plan to remain until the Court has finished both hearings. (Defendant Corrine Brown's sentencing hearing is set for November 16, 2017 at 10:00 a.m. See United States v. Corrine Brown, Case No. 3:16-cr-93-J-32JRK. Defendant Carla Wiley and her counsel may but are not required to attend that proceeding.)

generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of admission to the Florida Bar or Order of special admission pro hac vice.  <u>Defendant may also bring a cell phone into the Courthouse for this proceeding.</u>  Cell phones must remain silent while in the courtroom.

In addition, the Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, is hereby waived and modified for the limited purpose of allowing any **members of the press** to enter the Courthouse for purposes of attending this hearing with a laptop computer or tablet (but not cell phones) by presenting the Court Security Officers with their media credentials and a copy of this Order.  Live transmission of any kind from the courtroom while court is in session is strictly prohibited.  This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via any social media.  In addition, no audio or video recording is allowed in the Courthouse at any time.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of August, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
D. Gray Thomas, Esq.
Justin Fairfax, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendant